# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN ANGERER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>Defendants. | No. 2:15-CV-2223 KJM AC<br><br><br><br>STATUS (PRETRIAL SCHEDULING)<br><br>ORDER |

An initial scheduling conference was held in this ERISA case on January 21, 2016. Peter Sessions appeared for plaintiff; Timothy Nally appeared for defendant.

Having reviewed the parties' Joint Status Report filed on January 5, 2016, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

1

III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 USC § 1332(a), 29 U.S.C. §§ 1132(a), (e) & (g). Jurisdiction and venue are not disputed.

IV. DISCOVERY

Defendant will have produced a complete copy of the claim file relevant to plaintiff's claim for benefits by **January 29, 2016**, and to the extent plaintiff has any documents that are not duplicative of that file, she will produce them by **February 12, 2016**. All discovery shall be completed by **July 26, 2016**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court. While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge Mueller as discussed in more detail below. In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, even in connection with a discovery matter.

V. MOTION HEARING SCHEDULE

This matter will be decided by cross-motions for judgment under Rule 52 of the Federal Rules of Civil Procedure.

- Cross-motions shall be filed no later than **September 30, 2016**.
- Responsive pleadings shall be filed no later than **October 21, 2016**.
- Hearing on cross-motions is set for **December 2, 2016** at 10:00 a.m. in Courtroom No. 3.

VI. SETTLEMENT CONFERENCE

The parties have discussed the court's Voluntary Dispute Resolution Program (VDRP) in compliance with Local Rule 271(d) and agree that settlement prospects would be maximized by participating in private mediation rather than in VDRP. The parties shall inform the court of the results of their mediation efforts by **August 26, 2016**.

In the event that a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) is requested, the parties shall file said request jointly, in writing.

Counsel are instructed to have a principal with full settlement authority present at any Settlement Conference or to be fully authorized to settle the matter on any terms. Each judge has different requirements for the submission of settlement conference statements; the appropriate instructions will be sent to you after the settlement judge is assigned.

VII. MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement by the parties pursuant to stipulation alone does not constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

VIII. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: February 3, 2016.

_____
UNITED STATES DISTRICT JUDGE