**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ELISE D. KLEIN, SB# 111712
  E-Mail: Elise.Klein@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
UNITEDHEALTHCARE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN ANGERER,<br><br>           Plaintiff,<br><br>    vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>           Defendant. | CASE NO. 2:15-cv-02223-KJM-AC<br>Judge Kimberly J. Mueller<br><br>**STIPULATION RE DISCOVERY CUT OFF DATE**<br><br>Trial Date:    None Set |

The parties hereto, by and through their respective counsel of record, hereby stipulate that the discovery cut off date shall be August 19, 2016.  The parties further agree that defendant shall have until August 1, 2016 to respond to the outstanding discovery served by plaintiff in this action.

DATED: July 19, 2016            KANTOR & KANTOR, LLP

                                By:      /s/ Peter S. Sessions
                                      Peter S. Sessions
                                      Attorneys for Plaintiff,
                                      KRISTEN ANGERER

1  DATED: July 19, 2016        LEWIS BRISBOIS BISGAARD & SMITH LLP

2                              By:     /s/ Elise D. Klein
3                                   Elise D. Klein
                                    Attorneys for Defendant,
4                                   UNITEDHEALTHCARE INSURANCE
                                    COMPANY
5

6  IT IS SO ORDERED.

7  DATED:  July 22, 2016.

8
                                    _____
9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28