Lisa S. Kantor, State Bar No. 110678
lkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Kristen Angerer

Elise D. Klein, State Bar No. 111712
Elise.Klein@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
UnitedHealthcare Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN ANGERER,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>             Defendant. | Case No. 2:15-cv-02223-KJM-AC<br><br>**STATUS REPORT RE SETTLEMENT AND STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE; ORDER** |

Pursuant to the Court's February 3, 2016 order, Plaintiff KRISTEN ANGERER and Defendant UNITEDHEALTHCARE INSURANCE COMPANY hereby submit their status report regarding settlement and stipulation for continuance of the briefing schedule in this action.

---

STATUS REPORT RE SETTLEMENT AND STIPULATION FOR CONTINUANCE

This is case for health benefits arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA").

The parties have engaged in settlement discussions in an attempt to avoid incurring the cost of private mediation, but agree that a mediation is likely necessary if the case is to be resolved amicably. To that end, the parties have scheduled a mediation with Keith Parker, Esq. of ADR Services in Los Angeles for October 7, 2016.

However, the scheduled date of the mediation is one week after the current schedule calls for the parties to submit their cross-motions for judgment. As a result, the parties respectfully request that the Court continue the current briefing schedule to accommodate the scheduled mediation, as follows:

| | |
|---|---|
| Cross-motions for judgment: | October 21, 2016 (currently September 30, 2016) |
| Responsive briefs: | November 18, 2016 (currently October 21, 2016) |
| Hearing date: | December 2, 2016 at 10:00 a.m. (unchanged) |

This is the first request the parties have made to continue the above briefing schedule.

DATED: August 26, 2016                                KANTOR & KANTOR, LLP

                                                      By:   */s/ Peter S. Sessions*
                                                            Peter S. Sessions
                                                            Attorneys for Plaintiff
                                                            Kristen Angerer

DATED: August 26, 2016                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                      By:   */s/ Elise D. Klein*
                                                            Elise D. Klein
                                                            Attorneys for Defendant
                                                            UnitedHealthcare Insurance Company

2
STATUS REPORT RE SETTLEMENT AND STIPULATION FOR CONTINUANCE

**ORDER**

Having considered the parties' Status Report re Settlement and Stipulation for Continuance of Briefing Schedule, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the briefing schedule in the above-captioned matter is continued as follows:

    Cross-motions for judgment:    October 21, 2016

    Responsive briefs:    November 18, 2016

    Hearing date:    December 16, 2016 at 10:00 a.m.

DATED: August 30, 2016

_____
UNITED STATES DISTRICT JUDGE

STATUS REPORT RE SETTLEMENT AND STIPULATION FOR CONTINUANCE